IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
March 20, 2017
David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. G-17-MJ-15 |
| | § | |
| CHRISTOPHER AARON ROUNTREE | § | |

## COMMITMENT ORDER

Having been advised by counsel for the United States that the psychiatric examination of Defendant, **Christopher Aaron Rountree**, has been completed in this cause, and that the named Defendant is the same person currently charged in the Indictment in Cause No. 1:17-CR-006 (1); styled <u>United States of America v. Christopher Aaron Rountree</u>, in the United States District Court for the Eastern District of Missouri, Cape Girardeau Division, the United States Marshal is hereby **COMMANDED** to take custody of the Defendant, **Christopher Aaron Rountree**, and to transport him forthwith, together with a certified copy of this Commitment Order, to the **United States District Court for the Eastern District of Missouri, Cape Girardeau Division**, and there deliver the Defendant to the United States Marshal for that District or to some other officer authorized to receive the Defendant and make due return of this Commitment Order.

**DONE** at Galveston, Texas, this _____20th_____ day of March, 2017.

_____
John R. Froeschner
United States Magistrate Judge

**R E T U R N**

| This commitment was received and executed as follows: | |
| --- | --- |
| Date commitment order received: | Place of Commitment: |
| Date Defendant committed: | United States Marshal: |
| Date: | (by) Deputy Marshal: |